IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **YOLANDA PUNCH** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-03071 |
| | § | |
| **JEFF WEBBER, 21ST MORTGAGE** | § | |
| **CORPORATION AND TIM** | § | |
| **WILLIAMS DBA CEO AND** | | |
| **SUCCESSORS** | | |
| **Defendants.** | | |

### DEFENDANT 21ST MORTGAGE CORPORATION'S CERTIFICATE OF INTERESTED PERSONS/CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants Jeff Weber, 21st Mortgage Corporation, Tim Williams dba CEO and Successors ("Defendants"), provide the following information:

The following is a complete list of all persons, associations of persons, firms, partnerships, corporation, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case, to Defendant's knowledge:

1. **Yolanda Punch**
   Plaintiff

2. **Defendant 21st Mortgage Corporation** is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Knoxville, Tennessee.

   21st Mortgage Corporation is a wholly owned subsidiary of CMH Services, Inc., a Delaware corporation.

CMH Services, Inc. is a wholly owned subsidiary of Clayton Homes, Inc., a Delaware corporation.

Clayton Homes, Inc. is a wholly owned subsidiary of Berkshire Hathaway, Inc., a Delaware corporation.

3. **Defendant Jeff Webber** is an individual resident of the State of Tennessee.

4. **Defendant Tim Williams** is the CEO of 21st Mortgage and is an individual resident of the State of Tennessee.

5. **Higier Allen and Lautin, P.C.**

Counsel for all Defendants.

Dated: September 14, 2023.

Respectfully submitted,

By: /s/ *Richard A. McKinney*
Richard A. McKinney
*Attorney-in-charge*
State Bar No. 13723430
Southern District Bar No. 30137
rmckinney@higierallen.com

HIGIER ALLEN & LAUTIN, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone: (972) 716-1888
Telecopy: (972) 716-1899

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      The undersigned certifies that on the 14th day of September 2023, a true and correct copy of the foregoing document was delivered via CMRRR and regular mail to:

Yolanda A. Punch
7600 Watson Rd.
Shepherd, Texas 77371
*Pro Se*

                                       */s/Richard A. McKinney*
                                       Richard A. McKinney

**DEFENDANT 21ST MORTGAGE CORPORATION'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**     **Page 3 of 3**
W:\1912\044\m dismiss\COIP.doc